TOMAS E. MARGAIN, Bar No. 193555
HUY TRAN, Bar No. 288196
Justice at Work Law Group
84 W. Santa Clara St., Ste. 790
San Jose, CA 95113
Tel: (408) 317-1100
Fax: (408) 315-0150
Tomas@JAWLawGroup.com
Huy@JAWLawGroup.com

Attorneys for Plaintiff
NAHUM HERNANDEZ SANCHEZ

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAHUM HERNANDEZ SANCHEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>PEACOCK CUPERTINO, INC.; JAY AND RAM; RAMCHANDER GOPALSWAMY; and VEERAVENKATA DURGAPRASAD VASIREDDY,<br><br>    Defendants. | Case No.: CV 13-02107 RMW-HRL<br><br>**STIPULATION TO REMAND CASE TO STATE COURT** |

THE PARTIES HEREBY STIPULATE AS FOLLOWS THROUGH THEIR ATTORNEYS OF RECORD:

1. The Complaint was filed on May 8, 2013. Docket No. 1.  All Defendants have been served. Docket No. 6.

2. The parties have met and conferred on the merits of the case and agree that the proper venue should be the Superior Court of California.

3. The parties agree to toll any statute of limitations in effect.  Plaintiff shall suffer

- 1 -

**STIPULATION TO REMAND
CASE TO STATE COURT**

no prejudice in remanding this matter to the Superior Court of California, and all of his rights in litigation are preserved in relation to the date of the filing of the Complaint in this action.

IT IS SO STIPULATED

FOR PLAINTIFF

DATED: September 16, 2013          By:   //s//Huy Tran//s//
                                         TOMAS MARGAIN
                                         HUY TRAN
                                         For Plaintiff

FOR DEFENDANTS

DATED: September 20, 2013          By:   //s//
                                         GAUTAM DUTTA
                                         For Defendants

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAHUM HERNANDEZ SANCHEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>PEACOCK CUPERTINO, INC.; JAY AND RAM; RAMCHANDER GOPALSWAMY; and VEERAVENKATA DURGAPRASAD VASIREDDY,<br><br>    Defendants. | Case No.: CV 13-02107 RMW-HRL<br><br>**[] ORDER GRANTING<br>THE PARTIES' STIPULATION TO<br>REMAND CASE TO STATE COURT** |

Based on the stipulation of counsel and good cause shown, this matter is remanded to the Superior Court of California. All applicable statute of limitations are tolled and Plaintiff's rights in litigation are preserved as of May 8, 2013, the date the Complaint in this action was filed.

IT IS SO ORDERED

DATED: _____   By: /s/ Ronald M. Whyte

    RONALD M. WHYTE
    United States Magistrate Judge