E-FILED on   10/2/2013

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAHUM HERNANDEZ SANCHEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>PEACOCK CUPERTINO, INC.; JAY AND RAM; RAMCHANDER GOPALSWAMY; and VEERAVENKATA DURGAPRASAD VASIREDDY,<br><br>    Defendants. | No. C-12-02107 RMW<br><br>**ORDER REVOKING REMAND ORDER AND DISMISSING CASE**<br><br>[Re: Dkt. Nos. 12-13] |

On September 27, 2013 the parties filed a joint stipulation to remand this case to the Superior Court of California. This action was never filed in the Superior Court of California, and accordingly cannot be remanded. *See* 28 U.S.C. § 1447(c). For these reasons, the court revokes the remand order at Dkt. No. 12 and hereby dismisses the case for lack of jurisdiction.

IT IS SO ORDERED.

DATED:     October 2, 2013

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER REVOKING REMAND ORDER AND DISMISSING CASE—No. C-12-02107 RMW
ALG