**United States District Court**
For the Northern District of California

**E-FILED on** 10/8/2013

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAHUM HERNANDEZ SANCHEZ, <br><br>   Plaintiff, <br><br>   v. <br><br> PEACOCK CUPPER TP O. INC.;[?] JAY AND RAM =RAM CHANDER; OPALWAY = and VEERAVEN KATA DURGA PRASAD VASIREDDY, <br><br>   Defendants. | No. C-13-2107 RMW <br><br> **ORDER REVOKING REMAND ORDER AND DISMISSING CASE** <br><br> [Re: Dkt. Nos. 12-13] |

On September 27, 2013 the parties filed a joint stipulation to remand and this case to the Superior Court of California. This action was never filed in the Superior Court of California, and accordingly cannot be remanded. *See* 28 U.S.C. § 1447(c). For these reasons, the court revokes the remand order at Dkt. No. 12 and hereby dismisses the case for lack of jurisdiction.

IT IS SO ORDERED.

DATED:    October 8, 2013

*/s/ Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER REVOKING REMAND ORDER AND DISMISSING CASE— No. C-13-2107 RMW
ALG