**United States District Court**
For the Northern District of California

1
2
3
4
5
6                                                              E-FILED on   10/8/2013
7
8
9                              IN THE UNITED STATES DISTRICT COURT
10                           FOR THE NORTHERN DISTRICT OF CALIFORNIA
11                                         SAN JOSE DIVISION
12
13
14  | NAHUM HERNANDEZ SANCHEZ,              | No. C-13-2107 RMW
15  |      Plaintiff,                       |
16  |      v.                               | **ORDER REVOKING REMAND ORDER**
17  | PEACOCK CUPERTINO, INC.; JAY AND      | **AND DISMISSING CASE**
    | RAM; RAM CHANDER; GOPAL SWAMY;        |
18  | and VEERAVEN KATA DURGA PRASAD        |
    | VASIREDDY,                            | [Re: Dkt. Nos. 12-13]
19  |                                       |
    |      Defendants.                      |
20

21      On September 27, 2013 the parties filed a joint stipulation to remand this case to the Superior

22  Court of California. This action was never filed in the Superior Court of California, and accordingly

23  cannot be remanded. See 28 U.S.C. § 1447(c). For these reasons, the court revokes the remand

24  order at Dkt. No. 12 and hereby dismisses the case for lack of jurisdiction.

25      IT IS SO ORDERED.

26
27  DATED:      October 8, 2013                        _____
                                                       RONALD M. WHYTE
28                                                     United States District Judge

ORDER REVOKING REMAND ORDER AND DISMISSING CASE— No.C-13-2107 RMW
ALG