**United States District Court**
For the Northern District of California

1

2

3

4                                                          **E-FILED on**   10/8/2013

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                     SAN JOSE DIVISION

11

12   NAHUM HERNANDEZ SANCHEZ,                 No. C-13-02107 RMW

13          Plaintiff,

14          v.                                **ORDER REVOKING REMAND ORDER
                                              AND DISMISSING CASE**
15   PEACOCK CUPERTINO, INC.; JAY AND
     RAM; RAMCHANDER GOPALSWAMY;
16   and VEERAVENKATA DURGAPRASAD
     VASIREDDY,                               **[Re: Dkt. Nos. 12-13]**
17
            Defendants.
18

19

20          On September 27, 2013 the parties filed a joint stipulation to remand this case to the Superior

21   Court of California.  This action was never filed in the Superior Court of California, and accordingly

22   cannot be remanded.  *See* 28 U.S.C. § 1447(c).  For these reasons, the court revokes the remand

23   order at Dkt. No. 12 and hereby dismisses the case for lack of jurisdiction.

     IT IS SO ORDERED.
24

25   DATED:      October 8, 2013

                                              RONALD M. WHYTE
26                                            United States District Judge

27

28

ORDER REVOKING REMAND ORDER AND DISMISSING CASE—No. C-13-02107 RMW
ALG