E-FILED on   10/8/2013

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAHUM HERNANDEZ SANCHEZ,<br><br>           Plaintiff,<br><br>      v.<br><br>PEACOCK CUPERTINO, INC.; JAY AND RAM; RAMCHANDER GOPALSWAMY; and VEERAVENKATA DURGAPRASAD VASIREDDY,<br><br>           Defendants. | No. C-13-02107 RMW<br><br>**ORDER REVOKING REMAND ORDER AND DISMISSING CASE**<br><br>[Re: Dkt. Nos. 12-13] |

On September 27, 2013 the parties filed a joint stipulation to remand this case to the Superior Court of California.  This action was never filed in the Superior Court of California, and accordingly cannot be remanded.  *See* 28 U.S.C. § 1447(c).  For these reasons, the court revokes the remand order at Dkt. No. 12 and hereby dismisses the case for lack of jurisdiction.

IT IS SO ORDERED.

DATED:   October 8, 2013

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER REVOKING REMAND ORDER AND DISMISSING CASE—No. C-13-02107 RMW
ALG